# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

> Granted.  Plaintiff shall submit any corrected filings forthwith, but in any event no later than Monday, December 21, 2020.
>
> SO ORDERED.
>
> _____
> PAUL A. ENGELMAYER
> United States District Judge

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

December 18, 2020

Re:   LABEL Health, LLC v. United American Supply, LLC, et al.
        Civil Action No.: 1:20-cv-05161-PAE

Dear Judge Engelmayer:

    I represent Plaintiff Label Health LLC in the above-captioned case. I write to request leave to file the opposition to Defendants' motion to dismiss one day late *nunc pro tunc* as well as leave to file corrected versions of Label's memorandum of law and the Declaration of David Miller today.

    With respect to the late filing of the opposition, I incorrectly calendared the date of the extension prior counsel had obtained for the opposition to be submitted. I believed the opposition was due yesterday, December 17, 2020, and not December 16, 2020. With respect to the request for leave to file corrected versions of the opposition documents, I noticed today that there were some incorrect citations in the memorandum of law to the Miller declaration and missing statements in the declaration which required slight revisions to both documents and an additional exhibit attached to the declaration. If granted leave, I will file these corrected versions forthwith.

    I have asked counsel for Defendants for their position on this request and was informed by Zachary Smith that Defendants consent to this request. I apologize for any inconvenience or confusion caused the Court or Defendants.

    Thank you for your attention to this matter.

Sincerely yours,

/s

Jason L. Solotaroff

cc:   David Morgen, Esq.
        Zachary Smith, Esq.